IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCES WRIGHT, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:12-cv-1009 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Kemp |
| | : | |
| Defendant. | : | |

**OPINION AND ORDER**

On July 18, 2013, the United States Magistrate Judge issued a **Report and Recommendation** in this case (Doc. 15), recommending judgment in favor of the Defendant Commissioner of Social Security. The Magistrate Judge reasoned that the Administrative Law Judge ("ALJ") discussed a sufficient amount of evidence to permit the reviewing court to determine whether the evidence adequately supported the ALJ's findings, and that the ALJ gave appropriate weight to the opinions of the treating physicians. The parties were advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. (*Id.* at 14). No objection has been filed.

Since neither party has objected, and the deadline for such objections has elapsed, this Court **OVERRULES** Plaintiff's statement of errors, and **ADOPTS** the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

    s/ Algenon L. Marbley
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED: January 17, 2014**